UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ERIE PAINTING & MAINTENANCE, INC.,

                Plaintiff,

    v.                                                Civil No.: 1:09-CV-00940
                                                             (WMS)(LAF)

ILLINOIS UNION INSURANCE COMPANY,

                Defendant.

---

## STIPULATION OF VOLUNTARY
## <u>DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by their counsel, stipulate that all claims, causes of action, and counterclaims be dismissed on the merits with prejudice and without costs or attorneys' fees to any party.

| **GROSS, SHUMAN, BRIZDLE & GILFILLAN, P.C.**<br>*Attorneys for Erie Painting & Maintenance, Inc.* | **HODGSON RUSS LLP**<br>*Attorneys for Illinois Union Insurance Company* |
|---|---|
| By; /S/ R. Scott Atwater<br>R. Scott Atwater, Esq.<br>465 Main Street, Suite 600<br>Buffalo, New York 14203<br>Telephone: (716) 854-4300<br>Facsimile: (716) 854-2787<br>Email: *satwater@gross-shuman.com* | By: /S/ Ryan K. Cummings<br>Ryan K. Cummings<br>140 Pearl Street, Suite 100<br>Buffalo, New York 14202<br>Telephone: (716) 848-1665<br>Facsimile: (716) 849-0349<br>Email: *rcumming@hodgsonruss.com* |